IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE

*In re* MOTIONS TO DISMISS
Civil Action Nos.

16-53-ART, 16-64-ART, 16-89-ART, 16-95-ART, 16-106-ART, 16-115-ART, 16-154-ART

### DECLARATION OF NANCY A. CLARK

I, NANCY A. CLARK, do solemnly swear that:

1. I am currently a Program Analyst in the Office of the Operations Analysis Section of the Operations Support Branch, Mid-America Program Service Center, for the Social Security Administration (SSA). I have served in this position since 2014 and in other positions in SSA since 1982.

2. On March 8, 2016, Leah Jenkins, Case No. 7:16-cv-00095, filed applications for Disability Insurance Benefits (DIB) and Supplemental Security Income (SSI). On September 8, 2016, SSA denied both claims at the initial level. Her DIB claim was denied because the evidence did not establish that Ms. Jenkins was disabled before December 31, 2013, her date last insured for DIB. Her SSI claim was denied because the evidence did not establish that she was currently disabled. Ms. Jenkins may ask that the determination be reconsidered within 60 days, plus 5 days for mailing, of the date of the notice.

3. On March 17, 2016, Roy Hale, Case No. 7:16-cv-00115, filed applications for DIB and SSI. On September 14, 2016, SSA denied Mr. Hale's claim for DIB because the evidence did not establish that Mr. Hale was disabled before December 31, 2010, his date last insured. Mr. Hale may ask that the determination be reconsidered within 60 days, plus 5 days for mailing, of the date of the notice. On September 26, 2016, Mr. Hale had an appointment with

**EXHIBIT 1**

SSA to discuss his SSI application. SSA has not made a determination on Mr. Hale's SSI application.

4. On September 2, 2016, Shelia Adams, Case No. 7:16-cv-00106, filed applications for DIB and SSI. SSA has not made a determination on these applications.

5. Linda Blackburn, Case No. 7:16-cv-00053, Cherrie Justice, 7:16-cv-00089, and Amy Jo Hicks, Case No. 7:16-cv-00154, have not filed new applications for disability benefits.

6. I declare that under penalty of perjury that the foregoing is true and correct.

Executed this 30 day of September 2016.

_____
Nancy A. Clark